| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| JUAN JOSE RODRIGUEZ, #60393-379 | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 4:16-CV-750 |
| | § | CRIMINAL ACTION NO. 4:13-CR-14(9) |
| UNITED STATES OF AMERICA | § | |

**ORDER OF DISMISSAL**

This civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson. The Report and Recommendation of the Magistrate Judge (#10), which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

It is accordingly **ORDERED** that Movant's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (#1) pursuant to 28 U.S.C. § 2255 is **DENIED** and **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. All motions by either party not previously ruled upon are **DENIED**.

SIGNED at Beaumont, Texas, this 2nd day of December, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE